■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADDIS WOLDEGUIORGUIS, Appellant. [926 NYS2d 333]—Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Patricia D. Marks, A.J.-Petit Larceny.) Present—Scudder, P.J., Peradotto, Lindley, Green and Martoche, JJ.